UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Jonathan Ellington Taylor,

Plaintiff(s),

v.

Inflection Risk Solutions, LLC,

Defendant(s).

Case No. 3:25-cv-03491-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Gregory J. Gorski, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Jonathan Ellington Taylor in the above-entitled action. My local co-counsel in this case is Stephanie R. Tatar, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 237792.

One Penn Center
1617 JFK Boulevard, Suite 1888
Philadelphia, PA 19103
MY ADDRESS OF RECORD

3500 West Olive Avenue Suite 300
Burbank, California 91505
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215-330-2100
MY TELEPHONE # OF RECORD

(323) 744-1146
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

Greg@greggorskilaw.com
MY EMAIL ADDRESS OF RECORD

stephanie@thetatarlawfirm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 91365.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/19/2025                                  Gregory J. Gorski
                                                   APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Gregory J. Gorski  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 20, 2025

_____
UNITED STATES MAGISTRATE JUDGE



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### Gregory Joseph Gorski, Esq.

**DATE OF ADMISSION**

*November 3, 2003*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: May 6, 2025

*Darian Holland*

Darian Holland
Chief Clerk